

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-96,476-01

**EX PARTE AEBONEE ODOM, Applicant**

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. W-2011844-A IN THE 203RD DISTRICT COURT
### DALLAS COUNTY

*Per curiam*.

### O P I N I O N

Applicant pleaded guilty to injury to a child with serious bodily injury. The trial court assessed punishment at twenty-five years' imprisonment. Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends that she was denied her right to an appeal. Based on the record, the trial court recommends granting Applicant an out-of-time appeal.

Relief is granted. *Ex parte Riley*, 193 S.W.3d 900 (Tex. Crim. App. 2006). Applicant may file an out-of-time appeal of her conviction in cause number F-20-11844 from the 203rd District Court of Dallas County. Within ten days from the date of this Court's mandate, the trial court shall

determine whether Applicant is indigent. If Applicant is indigent and wants to be represented by counsel, the trial court shall appoint counsel to represent her on direct appeal. Should Applicant decide to appeal, she must file a written notice of appeal in the trial court within thirty days from the date of this Court's mandate.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.

Delivered: December 11, 2025
Do not publish